UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


KETURAH TAWANA MIXON,

     Plaintiff,

                                     Case No. 1:25-cv-1552

v.

                                     Hon. Hala Y. Jarbou

BANK OF AMERICA, N.A., et al.,

     Defendants.

_____/

## **ORDER**

On June 2, 2026, Magistrate Judge Sally J. Berens issued a Report and Recommendation that the Court dismiss the case because Plaintiff lacks standing and the Court lacks jurisdiction over Plaintiff's patently frivolous claims. (R&R, ECF No. 31.) Alternatively, the magistrate judge recommends dismissal because Plaintiff fails to state a claim under federal or state law. The magistrate judge also recommends that the Court impose a filing restriction on Plaintiff due to her improper and vexatious litigation regarding her purported interest in the real property at issue in this case.

The R&R was duly served on the parties, including through service by mail on Mixon on June 3, 2026. No objections have been filed, and the deadline for doing so expired on June 17, 2026. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 31) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motions to dismiss (ECF Nos. 14, 18, 22) are **GRANTED**.

**IT IS FURTHER ORDERED** that, due to Plaintiff's improper and vexatious litigation regarding the real property at issue in this case, Plaintiff Keturah Mixon is **BARRED** from filing any future action in this Court relating to the subject matter of this case or case numbers 1:15-cv-486, 1:18-cv-499, or 1:21-cv-430, regardless of whether she has paid the filing fee.

**IT IS FURTHER ORDERED** that upon receipt of any lawsuit in this Court by Plaintiff Mixon, a magistrate judge must review it to determine whether it relates to this case or the cases listed above and, if so, direct the Clerk to reject it.

The Court will enter a judgment dismissing the case.

Dated: June 25, 2026 　　　　　　　　　　　　　 /s/ Hala Y. Jarbou
　　　　　　　　　　　　　　　　　　　　　　　 HALA Y. JARBOU
　　　　　　　　　　　　　　　　　　　　　　　 CHIEF UNITED STATES DISTRICT JUDGE